## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sarprio Doranti,                                                    Civil No. 15-3119 (DWF/LIB)

               Plaintiff,

v.                                                                           **ORDER ADOPTING REPORT
                                                                                AND RECOMMENDATION**

Kevin Moser, Terry Kneisel,
Brian Ninneman, Tara Osborne,
Natalie Booker, Michael Downing,
each in their individual capacity and in
their official capacity as employees of
the Department of Human Service,

               Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated November 19, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. In his Report and Recommendation, Magistrate Judge Brisbois recommended denying the present action without prejudice and denying Defendants' motion to dismiss as moot. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Leo I. Brisbois's November 19, 2015 Report and Recommendation (Doc. No. [23]) is **ADOPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. Defendants' Motion to Dismiss (Doc. No. [12]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 15, 2015         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge